# Court of Appeals
# of the State of Georgia

ATLANTA, October 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0080. OMAR SUAREZ v. LAKESHA MARRERO.

On June 10, 2025, the superior court entered a final divorce decree dissolving the marriage of Omar Suarez and Lakesha Marrero. Suarez filed a notice of direct appeal to this Court. See Case No. A26A0190 (Sept. 8, 2025). We dismissed the appeal for lack of jurisdiction because Suarez was required to comply with the discretionary appeals procedures set forth in OCGA § 5-6-35 (a) (2). See *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 541 (916 SE2d 738) (2025). On September 8, 2025, Suarez filed this application for discretionary review of the divorce decree. Once again, however, we lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Suarez's application is untimely, as it was filed 90 days after entry of the order he seeks to appeal. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/09/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.